UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) ) ) Case No.: 14-cv-5191 ) |
| Plaintiff, | ) ) |
| v. | ) |
| WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATE OF DOLORES M. RAWLINGS A/K/A DELORES RAWLINGS; DENISE GILBERT; UNKNOWN HEIRS AND LEGATEES OF DOLORES M. RAWLINGS A/K/A DELORES RAWLINGS; UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) Judge: Rebecca R. ) Pallmeyer ) ) ) ) ) ) Magistrate Judge: Jeffrey T. ) Gilbert |
| Defendants. | ) |

## MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1", Affidavit).

                Respectfully submitted,

                ZACHARY T. FARDON

                United States Attorney

                By: *s/Caleb J. Halberg*
                    CALEB J. HALBERG
                    Attorney for the United States
                    223 W. Jackson Blvd., Suite 610
                    Chicago, IL 60606
                    (312) 263-0003
                    chalberg@potestivolaw.com

# CERTIFICATE OF SERVICE

I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on November 4, 2014, and on the following non-ECF filers by first class mailing:

William P. Butcher as Special Representative
of the Estate of Dolores M. Rawlings a/k/a Delores Rawlings
2044 Ridge Road
Homewood, IL 60430

Denise Gilbert
10953 S. Parnell
Chicago, IL 60628

Unknown Heirs and Legatees of
Dolores M. Rawlings a/k/a Delores M. Rawlings
11554 S. Laflin Street
Chicago, Illinois 60634

Unknown Owners and Non-Record Claimants
11554 S. Laflin Street
Chicago, Illinois 60634

                                                     *s/Caleb J. Halberg*
                                                     CALEB J. HALBERG
                                                     Attorney for the United States
                                                     223 W. Jackson Blvd., Suite 610
                                                     Chicago, IL 60606
                                                     (312) 263-0003
                                                     chalberg@potestivolaw.com